DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. JOHNSTON

No. 518A97

Case below: 127 N.C.App. 563

Attorney General's motion to dismiss allowed 4 December 1997.

STATE v. LACKEY

No. 461P97

Case below: 127 N.C.App. 398

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

STATE v. McNEILL

No. 486A97

Case below: Cumberland County Superior Court

Motion by Attorney General to dismiss allowed 22 October 1997 subject to defendant having 15 days from the date of this order to properly file The Record in the Court of Appeals.

STATE v. MEDLEY

No. 460P97

Case below: 127 N.C.App. 398
              347 N.C. 273

Petition by defendant for writ of supersedeas denied 6 November 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied and temporary stay dissolved 6 November 1997.

STATE v. MILLER

No. 413P97-2

Case below: 126 N.C.App. 832

Motion by defendant for appropriate relief denied 6 November 1997.